Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

U. S. Ethernet Innovations, LLC   v. Texas Instruments Incorporated

No. 15-1510

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☑ As counsel for:   U.S. Ethernet Innovations, LLC
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

My address and telephone are:

Name:              John C. Herman
Law firm:          Robbins Geller Rudman & Dowd LLP
Address:           3424 Peachtree Road, N.E., Suite 1650
City, State and ZIP:  Atlanta, GA 30326
Telephone:         (404) 504-6500
Fax #:             (404) 504-6501
E-mail address:    jherman@rgrdlaw.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/01/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes      ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/14/15
Date                                       Signature of pro se or counsel

cc: _____

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on April 14, 2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☑ Electronic Means
    (by email or CM/ECF)

| John C. Herman | /s/ John C. Herman |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Robbins Geller Rudman & Dowd LLP

Address: 3424 Peachtree Road, NE

City, State, ZIP: Atlanta, GA 30326

Telephone Number: 404-504-6500

FAX Number: 404-504-6501

E-mail Address: jherman@rgrdlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.